# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01402-JDB |

## DECLARATION OF ROBERT J. EISENHAUER

I, ROBERT J. EISENHAUER, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Special Assistant to the President and Director of White House Information Technology. I have held this role since February 19, 2025.

2. As the Director of White House Information Technology, I oversee technology, systems, and cybersecurity for the President, Vice President, and the Executive Office of the President ("EOP"). This role includes supplying, supervising, and maintaining all technology assets provided to employees of the Executive Office of the President, including smartphones and computers. My role covers the entirety of the EOP, including those components operating under the Federal Records Act.

3. Since President Trump's inauguration on January 20, 2025, all official emails and electronic documents created on EOP technology assets by employees of the EOP have been saved. Staff cannot delete emails or electronic files from EOP systems. This covers the entirety of the EOP, regardless of whether the component is a Federal Records Act component or a non-Federal Records Act component.

4. Microsoft Exchange settings and configurations are in place to prevent email deletion. All mailboxes are set with an unlimited mailbox quota and have single item recovery enabled for every mailbox which prohibits deletion of data at the user level. Additionally, all emails are captured in a continuous archiving system built with Hitachi Content Platform and Hitachi Content Intelligence, which we refer to as Object Based Storage.

5. Executive Office of the President employees have access to an internal chat messaging

1

program. These messages are saved and the system does not allow users to delete or edit any messages. The database containing chat messages is backed up daily for archiving purposes.

6. Executive Office of the President employees are provided a smartphone, but these smartphones do not have text messaging or iMessage enabled by default. SMS text messaging is the only text messaging capability that can be enabled for valid work reasons with approval from the Office of White House Counsel. If SMS text messaging is enabled, all text messages sent and received are captured and retained in an archive database. Executive Office of the President employees may have a third-party messaging system, Signal, enabled on their provided smartphone. Messages sent or received on Signal on an employee's smartphone are captured and saved by a purpose-built archive system. These messages cannot be deleted by an employee and are captured by the archiving system regardless of automatic erasure or "disappearing messages" options selected by the distant end or EOP staff.

7. Electronic files of EOP employees created on EOP systems are automatically saved. Employees cannot delete electronic records from the system, as all electronic files are captured on a continuous basis in Object Based Storage.

8. On April 2, 2026, the White House Counsel issued a memorandum regarding the EOP's records retention policy following the Department of Justice Office of Legal Counsel's opinion that the Presidential Records Act is unconstitutional. That memorandum has been filed publicly in this litigation at ECF No. 1-1. That memorandum states that EOP components are "free to retain the records retention policies developed under the PRA."

9. Consistent with this statement in the White House Counsel's memorandum, I have maintained the above-described preservation measures with respect to EOP electronic records. Additionally, the Office of White House Counsel has instructed me to continue ensuring that all emails and electronic records are preserved in accordance with existing procedures.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _05_ day of May, 2026.

Robert J. Eisenhauer
Special Assistant to the President
Director, White House Information
Technology

2