**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FREEDOM OF THE PRESS
FOUNDATION et al.,
        Plaintiffs,

        v.                                            **Civil Action No. 26-1402 (JDB)**

DONALD TRUMP et al.,
        Defendants.

**ORDER**

Upon consideration of [7] plaintiffs' motion for a preliminary injunction, [11] the government's opposition, [12] plaintiffs' reply, the hearing on May 13, 2026, and the entire record herein, and for the reasons identified in the memorandum opinion issued on this date; it is hereby **ORDERED** that:

1. Plaintiffs' motion for a preliminary injunction is **GRANTED**;

2. Defendants the Executive Office of the President, the White House Office, the Office of the Vice President, and Chief of Staff to the President Susie Wiles are preliminarily **ENJOINED**, effective 9:00am on May 26, 2026, to:

    a. Comply in full with the provisions of the Presidential Records Act, 44 U.S.C. §§ 2201-09;

    b. Preserve and not destroy or delete presidential and vice presidential records as defined under the Presidential Records Act, 44 U.S.C. §§ 2201(2) and 2207, except insofar as records disposal is permitted in accordance with the procedures set out under 44 U.S.C. § 2203(c)-(e);

1

c. Ensure that covered employees, as defined in section 2209(c) of the Act, not create or send any presidential or vice presidential record using non-official electronic message accounts—including Signal, WhatsApp, and other text or instant messaging applications or platforms—unless they copy an official electronic messaging account when creating or transmitting the record or forward a complete copy of the record to an official account within 20 days of creating or transmitting the record, <u>see</u> 44 U.S.C. § 2209;

d. Establish or reestablish records retention policies to preserve and maintain presidential records in full compliance with the Presidential Records Act, <u>see</u> 44 U.S.C. § 2203(a);

3. Defendants shall transmit a copy of this order to covered employees, as defined in section 2209(c) of the Act, by not later than 9:00am on May 26, 2026;

4. Defendants shall file a notice with the Court by not later than May 28, 2026, describing the steps they have taken to comply with this order.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: <u>May 20, 2026</u>

2