**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          Defendants. | Case No. 1:26-cv-01402-JDB |

**DEFENDANTS' NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order, ECF No. 14, and Memorandum Opinion, ECF No. 15, issued on May 20, 2026, and from all orders antecedent to such order and opinion and thus incorporated therein.

2

Dated: June 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
WINSTON G. SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0543
Email: James.R.Powers@usdoj.gov

*Counsel for the United States*