**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FREEDOM OF THE PRESS FOUNDATION,
*et al.*,

      Plaintiffs,

      v.

DONALD TRUMP, in his official capacity as
President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-01402-JDB

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 26, 2026, the parties file the following joint status report. The parties have met and conferred about a schedule to govern further proceedings. The parties agree and jointly propose that this Court stay all proceedings pending resolution of Defendants' appeal from this Court's preliminary injunction. Defs.' Notice of Appeal, ECF No. 18. The parties further agree that this stay should not encompass a stay of the preliminary injunction order, ECF No. 14, or any proceedings regarding compliance with or enforcement of the preliminary injunction. As to any further proceedings regarding the preliminary injunction, Defendants reserve all rights to oppose any such motion, including on the basis that this Court has been divested of jurisdiction by the appeal. A proposed order accompanies this joint status report.

Dated: June 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
WINSTON G. SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0543
Email: James.R.Powers@usdoj.gov

*Counsel for the United States*

*/s/ Jonathan E. Maier*
JONATHAN E. MAIER (D.C. Bar No. 1013857)
NIKHEL S. SUS (D.C. Bar No. 1017937)
LAUREN C. BINGHAM (D.C. Bar No. 90043462)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jmaier@citizensforethics.org
nsus@citizensforethics.org
lbingham@citizensforethics.org

*Counsel for Plaintiffs*

2